**Order entered November 12, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00249-CR

**THE STATE OF TEXAS, Appellant**

**V.**

**SETH PIERCE, Appellee**

**On Appeal from the County Criminal Court of Appeals No. 1
Dallas County, Texas
Trial Court Cause No. MC12-B7508**

## ORDER
Before Justices O'Neill, Francis, and Fillmore

The Court **DENIES** the State's October 15, 2013 motion to publish the opinion issued on

June 18, 2013.


/s/  ROBERT M. FILLMORE
    JUSTICE